FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 12 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00070-BNB

DARLA JEAN HOODENPYLE,

    Plaintiff,

v.

COUNTY OF EL PASO, COLORADO,
TERRY MAKETA, In his Official and Individual Capacity,
KARL MAI, In his Official and Individual Capacity,
JORGE SIERRA, In his Professional and Individual Capacity,
JOHN AND JANE DOES, 1-100, and
ABC CORPORATION, 1-20,

    Defendants.

## ORDER TO DISMISS IN PART AND TO DRAW CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

Plaintiff Darla Jean Hoodenpyle currently resides in Carlsbad, California. Ms. Hoodenpyle, through counsel, initiated this action by filing a Complaint pursuant to 42 U.S.C. § 1983 alleging that her rights under the United States Constitution have been violated. The Court reviewed the Complaint and determined that Ms. Hoodenpyle's claims were deficient for various reasons. Ms. Hoodenpyle, however, was given the opportunity to amend the Complaint and correct the noted deficiencies, which she did on May 26, 2011.

In the Amended Complaint, Ms. Hoodenpyle raises six claims. Overall, she asserts that her Fourth, Fifth, Sixth, and Fourteenth Amendment rights were violated when she was arrested, detained, and prosecuted without probable cause in a Colorado state criminal action that ultimately was dismissed on or about December 18, 2009. Ms.

Hoodenpyle seeks money damages.

The Complaint as asserted against Defendants El Paso County, Terry Maketa, and Karl Mai will be drawn to a district judge and to a magistrate judge.

Defendant Jorge Sierra will be dismissed from the action as an inappropriate party. Ms. Hoodenpyle was instructed by Magistrate Judge Boyd N. Boland in the February 24, 2011 Order that under *Polk County v. Dodson*, 454 U.S. 312, 318 and 25 (1981), Defendant Sierra is not a state actor for purposes of § 1983. Accordingly, it is

ORDERED that Defendant Jorge Sierra is dismissed as an inappropriate party to this action. It is

FURTHER ORDERED that the Complaint as asserted against Defendants El Paso County, Terry Maketa, and Karl Mai shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this __12th__ day of ____July____, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00070-BNB

Gary D. Fielder
Attorney at Law
*ATTORNEY TO BE NOTICED*

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 12, 2011.

                                        GREGORY C. LANGHAM, CLERK

                              By:_____
                                          Deputy Clerk