IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00070-MSK-MEH

DARLA JEAN HOODENPYLE,

    Plaintiff,

v.

COUNTY OF EL PASO, COLORADO,
TERRY MAKETA, in his official and individual capacity,
KARL MAI, in his official and individual capacity,
JORGE SIERRA, in his professional and individual capacity,
JOHN AND JANE DOES 1-100, and
ABC CORPORATION 1-20,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2011.**

    The Unopposed Motion to Stay Discovery by County Defendants [filed September 21, 2011; docket #20] is **denied without prejudice**. Defendants cite their assertion of the defense of qualified immunity as grounds to justify the imposition of a stay of proceedings in this case; however, they fail to refer the Court to the portion of their pending motion to dismiss at which they assert the defense (as contemplated by the cases Defendants cite in support of their motion to stay). Defendants may re-file the motion citing that portion of the motion to dismiss in which they assert the defense of qualified immunity.