IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00070-MSK-MEH

DARLA JEAN HOODENPYLE,

    Plaintiff,

v.

COUNTY OF EL PASO, COLORADO,
TERRY MAKETA, in his official and individual capacity,
KARL MAI, in his official and individual capacity,
JORGE SIERRA, in his professional and individual capacity,
JOHN AND JANE DOES 1-100, and
ABC CORPORATION 1-20,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2011.**

    Plaintiff's Motion to Vacate Scheduling Conference [filed September 30, 2011; docket #24] is **granted in part and denied in part**. The Scheduling Conference currently set for October 3, 2011 is vacated and rescheduled to **October 17, 2011**, at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Absent exceptional circumstances, no request for rescheduling will be entertained.

    Parties or lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone. Please contact Chambers at (303) 844-4507 at least five business days prior to the scheduling conference to arrange appearance by telephone. Lawyers appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and by email no later than five business days prior to the scheduling conference, in accordance with the instructions in this minute order.

    It is further ORDERED that counsel for the parties in this case are to file a ***joint***proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **October 10, 2011**.

    All other aspects of this Court's July 20, 2011 order remain in effect.