IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00070-MSK-MEH

DARLA JEAN HOODENPYLE,

    Plaintiff,

v.

COUNTY OF EL PASO, COLORADO;
TERRY MAKETA, in his official and individual capacity;
KARL MAI, in his official and individual capacity;
JORGE SIERRA, in his professional and individual capacity;
JOHN AND JANE DOES, 1-100; and
ABC CORPORATION, 1-20,

    Defendants.

_____

**ORDER OF RECUSAL**
_____

**THIS MATTER** comes before the Court *sua sponte*.

The matter concerns claims by the Plaintiff that a search of her home and her arrest and abbreviated prosecution on state criminal charges violated 42 U.S.C. § 1983, as well as claims of professional negligence against her former attorney. The Complaint asserts that the search arose out of an investigation into the activities of the Plaintiff's husband, Ronald Hoodenpyle, and that one of the Defendants' motives in taking the action against the Plaintiff was to attempt to force Mr. Hoodenpyle to concede certain state criminal charges that were pending against him. *Docket* # 1 at ¶ 51-55.

The undersigned previously presided over *U.S. v. Hoodenpyle*, D.C. Colo. Criminal Case No. 09-cr-13, in which Mr. Hoodenpyle was convicted by a jury on federal charges and sentenced to a term of incarceration. The undersigned is currently the subject of certain

purported court documents prepared by Mr. Hoodenpyle, which have given rise to security concerns and may give rise to further criminal charges.

For these reasons, the undersigned finds it necessary to recuse herself from further proceedings in this case pursuant to 28 U.S.C. § 455(a) and (b)(1).  The Clerk of the Court shall note the undersigned's recusal and shall draw this case to another judge of the Court.

Dated this 2nd day of September, 2011

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge