IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00070-WYD-MEH

DARLA JEAN HOODENPYLE,

    Plaintiff,

v.

COUNTY OF EL PASO, COLORADO, *et al.*,

    Defendants.

## ORDER DISMISSING CASE

THIS MATTER is before the Court on the September 5, 2012 Order to Show Cause [DE-57].  The Court's review of the file supported a conclusion that Plaintiff had no interest in continuing this litigation in this forum, and she had failed to follow Court rules and procedures.  Thus, the Court required Plaintiff to show cause in writing on or before September 14, 2012, why this case should not be dismissed for want of prosecution and for failure to follow Court rules and procedures.  That deadline has passed without Plaintiff responding to the Order to Show Cause or seeking an extension of time.  Accordingly, it is

    ORDERED THAT

    (1)    This case is DISMISSED for Plaintiff DARLA JEAN HOODENPYLE's failure to prosecute this action, failure to comply with Court rules and procedures and failure to respond to the September 5, 2012 Order to

       Show Cause;

(2)    All pending motions are DENIED AS MOOT; and

(3)    This case is CLOSED.

Dated: September 19, 2012.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE